JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARIA SWANSON, | ) | Case No. CV 19-7204 FMO (ASx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KEVIN K. ALEENAN, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 13th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge